IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SUREN S. and NATALIA AYRAPTEYAN | * * * | CIVIL ACTION NO. 2:21-cv-02252 |
| VERSUS | * * | JUDGE JAMES D. CAIN, JR. |
| ALLIED TRUST INSURANCE COMPANY | * * * | MAGISTRATE JUDGE KATHLEEN KAY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Suren S. and Natalia Ayrapteyan ("Plaintiffs"), and Defendant, Allied Trust Insurance Company ("Allied Trust"), who respectfully represent that all underlying claims, issues, and matters in the above-captioned matter have been resolved as to all parties. Accordingly, Plaintiffs and Allied Trust respectfully move for an Order dismissing Plaintiffs' Complaint for Damages, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Michael Lonegrass
**RICHARD P. VOORHIES, III (30782)**
**MICHAEL LONEGRASS (28124)**
**THE VOORHIES LAW FIRM**
Energy Centre
1100 Poydras St., Suite 2810
New Orleans, LA 70163
Telephone: (504) 875-2223
Facsimile: (504) 875-4882
Email: mike@voorhieslaw.com
**Counsel for Plaintiffs,**
**Suren S. and Natalia Ayrapteyan**

/s/ Peyton L. Stein
**MATTHEW D. MONSON (25186)**
**KEVIN P. RICHE (31939)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**PEYTON L. STEIN (39400)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone:   (985) 778-0678
Facsimile:   (985) 778-0682
Email: peyton@monsonfirm.com
**Counsel for Defendant,**
**Allied Trust Insurance Company**

Dated:  April 19, 2022